# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARK ADAM SHAW, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0100-CG-C |
| | ) |
| UNITED STATES OF AMERICA, | )   CRIMINAL NO. 09-00065-CG-C |
| | ) |
|    Respondent. | ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 27, 2015 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 30th day of September, 2015.

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE