IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| MARK ADAM SHAW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0100-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 09-00065-CG-C |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Mark Adam Shaw's motion to vacate (Doc. 96) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f). Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 30th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

1